

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE MATTER OF | § | No. 08-24-00002-CV |
| THE ESTATE OF NELIDA TORRES, | § | Appeal from |
| DECEASED. | § | Probate Court Number Two |
| | § | of El Paso County, Texas |
| | § | (TC# 2020CPR00379) |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for lack of jurisdiction. We therefore dismiss the appeal for lack of jurisdiction. We further order Appellant to pay all costs of this appeal and this decision to be certified below for observance.

IT IS SO ORDERED THIS 26TH DAY OF SEPTEMBER 2024.


LISA SOTO, Justice

Before Alley, C.J., Palafox and Soto, JJ.